■ KAREN STORER, Respondent, v THOMAS ROSELLE, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed without costs (see, Gifaldi v Dumont Co., 172 AD2d 1025, 1026). (Appeal from Order of Supreme Court, Chautauqua County, Ricotta, J.—Resettle Order.) Present—Callahan, J. P., Green, Lawton, Boehm and Davis, JJ.